Charles P. Campbell and David F. Matchett, executors of last will of David C. Campbell, deceased, appellants, v. Le Roy Hutchinson, appellee. Gen. No. 27,583.

Case in fourth class of contract to recover balance due on promissory note and contract for purchase of real estate. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed April 11, 1923. Rehearing denied April 24, 1923.

A. W. Martin and Edward H. S. Martin, for appellants. Nichols & Nelson, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.